# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 5, 2016

## NO. 03-16-00600-CR

**The State of Texas, Appellant**

**v.**

**Kristen Gonzales-Cedillo, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND BOURLAND**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the judgment of conviction signed by the trial court. Appellant has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows appellant to withdraw its notice of appeal, and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.